| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) GARAUFIS, NICHOLAS G. | 2. Court or Organization EASTERN DISTRICT OF NEW YORK | 3. Date of Report 07/25/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address US DISTRICT COURT EDNY 225 CADMAN PLAZA EAST BROOKLYN, NY 11202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, BOARD OF DIRECTORS | SPECTATOR PUBLISHING COMPANY, INC. |
| 2. | MEMBER, EXECUTIVE COMMITEE | NEW YORK CITY BAR ASSOCIATION |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 02/09/1997 | ABC, INC. PENSION PLAN MONTHLY SURVIVOR BENEFIT |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | ABC INC. RETIREMENT PLAN | $13,053 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | CITIZENS BUDGET COMMISSION, FORM 1099-MISC. - CONSULTING INCOME |
| 2. 2011 | NEW YORK UNIVERSITY, FORM 1099-MISC - CONSULTING INCOME |
| 3. 2011 | PROSPECT PARK ALLIANCE, FORM 1099-MISC - CONSULTING INCOME |
| 4. 2011 | JPMORGAN CHASE FOR DELOITTE, FORM 1099-R - PENSION INCOME |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **GARAUFIS, NICHOLAS G.** | 07/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK DEPOSIT SWEEP PROGRAM | D | Interest | M | T | | | | | |
| 2. DAVIS NEW YORK VENTURE CLASS A | A | Dividend | K | T | | | | | |
| 3. NEUBERGER BERMAN FOCUS FUND | A | Dividend | K | T | Sold (part) | 07/01/11 | J | A | |
| 4. | | | | | Sold (part) | 12/05/11 | J | A | |
| 5. BLACKROCK MID CAP VALUE FUND CLASS A | A | Dividend | K | T | Sold (part) | 02/04/11 | J | A | |
| 6. INVESTCO VAN KAMPEN AMERICAN | A | Dividend | K | T | | | | | |
| 7. INVESTCO GLOBAL GROWTH FD CL B | A | Dividend | K | T | | | | | |
| 8. ALLIANCE BALANCED SHARES CL B | A | Dividend | J | T | | | | | |
| 9. AMERICAN FUNDS: AMERICAN CAPITAL WORLD GROWTH & INCOME FUND | A | Dividend | K | T | | | | | |
| 10. ISHARES TR. RUSSELL 1000 | A | Dividend | K | T | | | | | |
| 11. FIDELITY ADVISOR INFLATION PROTECTED BD FD CL A | A | Dividend | J | T | Sold (part) | 08/08/11 | J | A | |
| 12. ALLIANCE REAL ESTATE INVESTMENT FD A | A | Dividend | K | T | | | | | |
| 13. OPPENHEIMER SM & MID CAP VALUE FUND | A | Dividend | K | T | | | | | |
| 14. ALLIANCE BERNSTEIN GLOBAL THEMATIC GROWTH FUND | A | Dividend | J | T | | | | | |
| 15. ALLIANCE GROWTH & INCOME FUND CL B | A | Dividend | K | T | Sold (part) | 07/21/11 | J | A | |
| 16. CITY OF NEW YORK DEFERRED COMPENSATION PLAN | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. ABC PENSION PLAN | | None | J | T | | | | | |
| 18. INVESTCO GLOBAL EQUITY FUND | A | Dividend | J | T | | | | | |
| 19. ISHARES MIDCAP | A | Dividend | K | T | | | | | |
| 20. ISHARES TRMSCI | A | Dividend | K | T | Buy (add'l) | 01/24/11 | J | | |
| 21. | | | | | Buy (add'l) | 03/07/11 | J | | |
| 22. | | | | | Buy (add'l) | 05/11/11 | J | | |
| 23. ISHARES RUSSELL 2000 | A | Dividend | K | T | Sold (part) | 04/20/11 | J | A | |
| 24. ISHARES MSCI EMERGING MKT | A | Dividend | J | T | | | | | |
| 25. MUTUAL SERIES CLASS C | A | Dividend | J | T | | | | | |
| 26. SPDR S&P 500 ETF TR | A | Dividend | J | T | | | | | |
| 27. PIMCO TOTAL RETURN CL C | A | Dividend | J | T | | | | | |
| 28. OPPENHEIMER GLOBAL FUND | A | Dividend | K | T | | | | | |
| 29. INVESTCO VAN KAMPEN EQUITY & INCOME | B | Dividend | K | T | | | | | |
| 30. AMERICAN FUNDS: AMERICAN BALANCED CLASS C | A | Dividend | J | T | | | | | |
| 31. OPPENHEIMER LTD. TERM NY MUNI | A | Dividend | | | Sold | 04/20/11 | J | A | |
| 32. ALLIANCE BERNSTEIN LG CAP GROWTH B | A | Dividend | K | T | | | | | |
| 33. AMERICAN FUNDS: AMERICAN CAPITAL INCOME BUILDER CLASS C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. OPPENHEIMER GLOBAL CLASS C | A | Dividend | | | Merged (with line 28) | 01/03/11 | K | | |
| 35. AMERICAN GROWTH FD OF AMERICA C | B | Dividend | M | T | | | | | |
| 36. AMERICAN FUNDS: AMERICAN HIGH INCOME CLASS FUND | B | Dividend | K | T | | | | | |
| 37. INVESTCO DEVELOPING MKT CL A | A | Dividend | K | T | | | | | |
| 38. OPPENHEIMER INT BD FD | A | Dividend | J | T | | | | | |
| 39. VANGUARD INT TERM TAX | A | Dividend | J | T | Sold (part) | 04/18/11 | J | A | |
| 40. PIMCO COMM REAL RETURN | A | Dividend | J | T | | | | | |
| 41. ROYCE TOTAL RET. INV. | A | Dividend | K | T | | | | | |
| 42. I SHARES S&P SMCAP 600 | A | Dividend | K | T | | | | | |
| 43. COLUMBIA SM CAP VAL II CIA | A | Dividend | J | T | | | | | |
| 44. EAGLE SM CAP FD A | A | Dividend | J | T | | | | | |
| 45. I SHARES RUSSELL 2000 VALUE | A | Dividend | J | T | | | | | |
| 46. 2004 TRUST | | None | J | T | | | | | |
| 47. RYDEX SGI MGE FUTURES | A | Dividend | | | Sold (part) | 04/26/11 | J | A | |
| 48. | | | | | Sold | 06/21/11 | J | A | |
| 49. PIMCO UNCONSTRAINED | A | Dividend | K | T | | | | | |
| 50. ARTISAN INTL INVESTOR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. FORWARD SELECT INC INST | A | Dividend | J | T | | | | | |
| 52. ISHARES TR COHEN & STEERS REALTY | A | Dividend | J | T | | | | | |
| 53. PIMCO HIGH YIELD A | A | Dividend | J | T | | | | | |
| 54. FORWARD TACTICAL GROWTH FD CL C | A | Dividend | J | T | | | | | |
| 55. BLACKROCK GLOBAL ALLOCATION FD CL C | A | Dividend | J | T | Buy | 04/01/11 | J | | |
| 56. | | | | | Buy (add'l) | 05/11/11 | J | | |
| 57. | | | | | Buy (add'l) | 06/20/11 | J | | |
| 58. ARTISAN MID-CAP VALUE | A | Dividend | J | T | Buy | 04/11/11 | J | | |
| 59. LOCORR MANAGED FUTURES STRATEGY FD | A | Dividend | J | T | Buy | 04/01/11 | J | | |
| 60. MAINSTAY ICAP SELECT | A | Dividend | J | T | Buy | 03/15/11 | J | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G. | 07/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII, PAGE 4 OF 9, LINE 1:
NAME CHANGED FROM PRIME FUND - CAPITAL RESERVES TO BANK DEPOSIT SWEEP PROGRAM.

VII, PAGE 4 OF 9, LINE 6:
NAME CHANGED FROM INVESTCO LARGE CAP GROWTH FD CL B  TO  INVESTCO VAN KAMPEN AMERICAN.

VII, PAGE 5 OF 9, LINE 17:
ABC, INC. PENSION PLAN. I AM DESIGNATED TO RECEIVE MONTHLY PENSION BENEFITS UNDER _____ PENSION PLAN. PART III, LINE 2 DISCLOSES INCOME RECEIVED. THESE PAYMENTS WILL CEASE UPON MY DEATH.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **NICHOLAS G. GARAUFIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544